## MARK L. WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Mark L. Williams' petition for certification for appeal from the Appellate Court, 118 Conn. App. 902 (AC 29579), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Michael Zariphes*, special public defender, in support of the petition.

Decided January 14, 2010

## DAVE ANTHONY HALL *v.* COMMISSIONER OF CORRECTION

The petitioner Dave Anthony Hall's petition for certification for appeal from the Appellate Court, 118 Conn. App. 53 (AC 30213), is denied.

*Deren Manasevit*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided January 14, 2010